UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HARBOR BREEZE AMI, LLC,
JAMES DANIEL CLARK, and
JUSTIN DANIEL CLARK,**

       Plaintiffs,

v.                                                                      Case No. 8:22-cv-1682-AAS

**CITY OF HOLMES BEACH, FLORIDA;
and WILLIAM L. TOKAJER, Chief of Police
for the City of Holmes Beach, in his official
capacity,**

       Defendant.
_____/

## ORDER

Under Federal Rule of Civil Procedure Rule 5.2(a),

> Unless the court orders otherwise, in an electronic or paper filing with the court that contains an individual's social-security number, taxpayer-identification number, or birth date, the name of an individual known to be a minor, or a financial-account number, a party or nonparty making the filing may include only:
>
>    (1) the last four digits of the social-security number and taxpayer-identification number;
>    (2) the year of the individual's birth;
>    (3) the minor's initials; and
>    (4) the last four digits of the financial-account number.

Fed. R. Civ. P. 5.2(a). An exhibit in the plaintiffs' motion for summary judgment (Doc. 15) appears to include the full birthdate and driver's license number of one of the plaintiffs. *See* (Doc. 15, Ex. 1). Although the Federal Rules

1

of Civil Procedure also state that "[a] person waives the protection of Rule 5.2(a) as to the person's own information by filing it without redaction and not under seal[,]" Fed. R. Civ. P. 5.2(h), because the personal identifying information is unnecessary for the court's consideration of the parties' legal arguments, the Clerk is **DIRECTED** to redact the month and day of Plaintiff Justin Daniel Clark's birth and Plaintiff Justin Daniel Clark's driver's license number from the exhibit (Doc. 15, Ex. 1).

**ORDERED** in Tampa, Florida on April 28, 2023.

*Amanda Arnold Sansone*
AMANDA ARNOLD SANSONE
United States Magistrate Judge